UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| STEPHEN W. BROWN, JR., | ) |
| Plaintiff, | ) Civil Action No. 3:23-CV-139-CHB |
| v. | ) |
| COMENITY BANK, *et al.* | ) **ORDER DISCHARGING SHOW CAUSE ORDER AND ORDER DISMISSING DEFENDANT EQUIFAX INFORMATION SERVICES, LLC, WITH PREJUDICE** |
| Defendants. | ) |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the parties' Agreed Order of Dismissal [R. 48] as to the claims against Defendant Equifax Information Services, LLC. Parties having filed an Agreed Order of Dismissal as to Defendant Equifax Information Services, LLC, and with the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. The Court's Show Cause Order [**R. 47**] is hereby **DISCHARGED**.

2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Stephen W. Brown's claims in this matter against Defendant Equifax Information Services, LLC, are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees.

3. All claims having been resolved, *see* [R. 27, R. 30, R. 43, and R. 46], this matter is **DISMISSED WITH PREJUDICE** as to all Defendants, all dates and deadlines are hereby **VACATED**, and this matter is **STRICKEN** from the Court's active docket.

This the 2nd day of August, 2023.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY

cc: Counsel of Record

1